UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| TAWNYA MICHAEL, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) Case No. 4:05CV02400 ERW |
| | ) |
| AMERICAN INT'L GROUP, INC. et al., | ) |
| | ) |
| Defendants. | ) |

## MEMORANDUM

Upon review of Plaintiff's Complaint, the Court noted that Count II is entitled "Preliminary Relief and Injunction to Produce Information and Documents." Plaintiff alleges that, despite her request, Defendants have failed to timely produce certain information and documents related to her denial of benefits under an employer-sponsored plan. On March 1, 2006, the Court held a status conference with the parties to determine whether any immediate action is required with regard to Plaintiff's request for injunctive relief. After hearing arguments from the parties, the Court is satisfied that, while Plaintiff may seek injunctive relief at a later time, Plaintiff's Complaint does not present a request for immediate or emergency relief. Thus, currently there is nothing before the Court on which a ruling is required.

The Answer from Hartford Life and Accident Insurance Company, the final defendant to be served in this case, is due on March 14, 2006. After the Answer is filed, this Court will set this matter for a Rule 16 Scheduling Conference, and the case will proceed as usual.

Dated this 1st day of March, 2006.

_____
E. RICHARD WEBBER
UNITED STATES DISTRICT JUDGE

1

PDF created with FinePrint pdfFactory trial version www.pdffactory.com