UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| TAWNYA MICHAEL, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Case No. 4:05CV02400 ERW |
| ) | |
| AMERICAN INTERNATIONAL ) | |
| GROUP, INC, et al., ) | |
| ) | |
| Defendants. ) | |

## JUDGMENT

In accordance with the Memorandum and Order entered on this date and incorporated herein,

**IT IS HEREBY ORDERED, ADJUDGED, AND DECREED** that Motion for Summary Judgment [doc. #98] is **DENIED**, Motion for Summary Judgment [doc. #100] is **DENIED,** Motion for Summary Judgment [doc. #102] is **GRANTED,** and Supplemental Motion for Summary Judgment [doc. #116-2] is **GRANTED, in part, and DENIED, in part.**

Judgement is entered in favor of Plaintiff on Count III of Plaintiff's Complaint. Plaintiff is entitled to benefits due under the Plan since August 24, 2005. Judgment is also entered in favor of Plaintiff on Count II of Plaintiff's Complaint; Defendants must produce the administrative services contract to Plaintiffs within ten days from the date of this order. The Court denies summary judgment on Count I of Plaintiff's Complaint as there is a genuine issue of material fact.

Dated this 15th day of September, 2008.

E. RICHARD WEBBER
UNITED STATES DISTRICT JUDGE