UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| TAWNYA MICHAEL, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Case No. 4:05CV02400 ERW |
| ) | |
| AMERICAN INTERNATIONAL ) | |
| GROUP, INC., et al. ) | |
| ) | |
| Defendants. ) | |

## **MEMORANDUM AND ORDER**

This matter comes before the Court on Defendants' Joint Motion for Clarification of the Court's September 15, 2008 Memorandum and Order [doc. #132]. Defendants ask the Court to clarify that this order grants Plaintiff summary judgment only in regard to her eligibility to receive long term disability benefits under the Plan, and that the Order leaves for the Court's determination the amount of benefits that are payable to Plaintiff pursuant to the Plan. This is correct. No evidence was presented to the Court on benefits calculation, and the Court's Order was limited to the Plaintiff's benefit eligibility.

Accordingly,

**IT IS HEREBY ORDERED** that Defendants' Joint Motion for Clarification of the Court's September 15, 2008 Memorandum and Order [doc. #132] is **GRANTED**. The September 15, 2008 Memorandum and Order granted summary judgment on the issue of Plaintiff's benefit eligibility and not the amount of benefits payable to Plaintiff.

Dated this <u>30th</u> day of <u>September</u>, 2005.

E. RICHARD WEBBER
UNITED STATES DISTRICT JUDGE